## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

**v.**                             **No. CV 14-0652 WJ/LAM**
                                       **CR 11-1955 WJ**

**JAMES CARNEY RITTERHOFF,**

       **Defendant.**

## ORDER GRANTING MOTION FOR EXTENSION OF TIME AND FOR DOCUMENTS

**THIS MATTER** is before the Court on Defendant/Movant's motion for an extension of time to file a reply to the United States' response to Defendant/Movant's § 2255 motion [*Doc. 13*], filed February 27, 2015.   In the motion, Defendant/Movant asks for a 45 to 60-day extension of time to file a reply, stating that he is *pro se*, is unschooled in the law, has limited access to the prison's legal library, and has no access to a word processor.   In addition, Defendant/Movant asks the Court for copies of the sentencing transcripts from his underlying criminal case, which are cited to by the United States in its response to Defendant/Movant's § 2255 motion. Defendant/Movant asks that any extension of time to file his reply start on the day that the transcripts are mailed to Defendant/Movant.   The United States filed a notice of non-opposition to the motion, stating that it does not oppose Defendant/Movant's request for an extension of time to file a reply, nor does it oppose his request for copies of the sentencing transcripts.   [*Doc. 14*]. Having considered the motion, the United States' notice of non-opposition, and the record in this case, the Court **FINDS** that the motion is well-taken and shall be **GRANTED**.

2

**IT IS THEREFORE ORDERED** that Defendant/Movant's motion for an extension of time to file a reply and for his sentencing transcripts [*Doc. 13*] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk shall mail copies of Documents 65 and 66 from Case No. CR-11-1955 WJ to Defendant/Movant at his address of record.

**IT IS FURTHER ORDERED** that Defendant/Movant's reply is due **within sixty (60) days of the date the Clerk mails copies of the transcripts to Defendant/Movant**.

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**

2